

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00274-CR

| | | |
|---|---|---|
| KYLE EVAN ALLEN, Appellant | § | On Appeal from the 355th District Court |
| | § | |
| | | of Hood County (CR14342) |
| V. | § | |
| | | April 30, 2020 |
| | § | |
| | | Per Curiam |
| THE STATE OF TEXAS | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and incorporated order to withdraw funds is modified to delete the $15 filing fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM